**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

ANDRE RAHIM/HUNTER
ADC #106207                                                                    PLAINTIFF

V.                                        NO: 5:05CV00299 SWW

CYNTHIA REED *et al.*                                                          DEFENDANTS

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed.[1]  After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1.        Plaintiff's complaint is DISMISSED WITH PREJUDICE.

2.        All pending motions are DENIED AS MOOT.

3.        The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 1st day of May, 2007.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion [doc.#132] for an extension of time in which to file objections to the Prosed Findings and Recommended Disposition is denied as moot, the objections having now been filed.